```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
LOURDES MATIAS,                                        :
                                    Plaintiff,         :
                                                      :
                -against-                              :
                                                      :          20-CV-2849 (VEC)
MONTEFIORE MEDICAL CENTER AND                         :
JENNETTE WOHLAR,                                      :            ORDER
                                                      :
                                    Defendants.  :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 30, 2021, the parties appeared for a pretrial conference;

    IT IS HEREBY ORDERED:  Defendants' motion for summary judgment is due

**September 24, 2021**.  Plaintiff's opposition is due **October 22, 2021**.  Defendants' reply is due

**November 5, 2021.**

    Upon a joint request, the Court is happy to refer the parties to Magistrate Judge Cave for

a settlement conference.


**SO ORDERED.**

Date:  **July 30, 2021**                              _____
       **New York, New York**                          **VALERIE CAPRONI**
                                                       **United States District Judge**