**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LOURDES MATIAS,

                Plaintiff,               20 **CIVIL** 2849 (VEC)

    -against-                           **JUDGMENT**

MONTEFIORE MEDICAL CENTER and
JENNETTE WOHLAR,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated September 23, 2022, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          September 23, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                          **BY:**

                                                          **Deputy Clerk**